IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 22-cv-02188-CNS-STV | Date:   April 1, 2025 |
| Courtroom Deputy: Sonia Chaplin | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| ELIJAH CARIMBOCAS, | Christopher E. Coleman |
| LINDA DLHOPOLSKY and | Daniel M. Hutchinson |
| MORGAN GRANT, | John Joseph Frawley |
| | |
| Plaintiffs, | |
| | |
| v. | |
| | |
| TTEC SERVICES CORPORATION, et al. | Matthew Allen Russell |
| | Samuel D. Block |
| | |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**
**Court in session:**   **11:08 a.m.**
Court calls case.  Appearances of counsel.

This matter is before the Court for a status of the case.

Statements by counsel.

For the reasons stated on the record, it is:

**ORDERED:**   A Status Conference is set for **June 3, 2025 at 9:00 a.m.** in Courtroom A 402 before Magistrate Judge Scott T. Varholak.

Defendant shall file a Notice of Intent to File a Motion for Summary Judgment on or before **April 11, 2025**.

Discovery is **stayed** temporarily.

HEARING CONCLUDED.

**Court in recess:**   **11:13 a.m.**
Total time in court:   00:03

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.